1  Jared R. Richards, Esq.
   Nevada Bar No. 11254
2  Dustin E. Birch, Esq.
   Nevada Bar No. 10517
3  CLEAR COUNSEL LAW GROUP
   1671 W. Horizon Ridge Pkwy, Suite 200
4  Henderson, Nevada 89102
   Telephone No.: (702) 476-5900
5  Facsimile No.: (702) 924-0709
6  jared@clearcounsel.com
   dustin@clearcounsel.com
7  *Attorneys for Plaintiff*
   *Alejandro Rosales*
8

9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

11  ALEJANDRO ROSALES, individually        CASE NO.: 2:21-cv-01973-JCM-BNW
12
                    Plaintiff,
13  vs.
                                           **STIPULATION AND ORDER TO EXTEND
14                                         TIME TO RESPOND TO DEFENDANT
    LAS VEGAS METROPOLITAN POLICE          LAS VEGAS METROPOLITAN POLICE
15  DEPARTMENT, a political subdivision of the   DEPARTMENT'S MOTION TO DISMISS**
    State of Nevada; and DOE Officers I - XX,
16
                    Defendants.
17

18      The parties, by and through their respective undersigned counsel of record, hereby

19  submits this Stipulation and Order to Extend Plaintiff's Time to Respond to Defendant's Motion

20  to Dismiss, as detailed below.

21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

The parties hereby agree that Plaintiff shall have up to and including January 18, 2022 to respond to Defendant's Motion to Dismiss filed December 20, 2021.

DATED this 14th day of January 2022    DATED this 14th day of January 2022

CLEAR COUNSEL LAW GROUP              MARQUIS AURBACH COFFING

/s/ Dustin E. Birch                                /s/ Jackie V. Nichols

Dustin E. Birch, Esq.                         Jackie V. Nichols, Esq.
Nevada Bar No. 10517                       Nevada Bar No. 14246
1671 W. Horizon Ridge Pkwy, Suite 200      10001 Park Run Drive
Henderson, NV  89012                       Las Vegas, NV  89145
702-476-5900                               702-382-0711
dustin@clearcounsel.com                    jnichols@maclaw.com
*Attorneys for Plaintiff Alejandro Rosales*   *Attorneys for Defendant Las Vegas Metropolitan Police Department*

IT IS SO ORDERED January 18, 2022.

_____
U.S. DISTRICT JUDGE

Respectfully submitted by:

CLEAR COUNSEL LAW GROUP

/s/ Dustin E. Birch

Dustin E. Birch, Esq.
Nevada Bar No. 10517
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV  89012
*Attorneys for Plaintiff*

- 2 -